UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PLYSCAF CORPORATION,

    Plaintiff,

v.                                            CASE NO: 8:05-cv-371-T-23MAP

CARPENTRY CONTRACTORS, INC.,

    Defendant.
_____/

## **ORDER**

    The parties jointly stipulate (Doc. 9) to the plaintiff's filing an amended complaint.

The stipulation (Doc. 9) is **APPROVED**.

    ORDERED in Tampa, Florida, on July 26, 2005.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE